## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Rasheen Carbin**<br>4713 Wisconsin Ave NW<br>Washington, DC 20016,<br><br>Plaintiff,<br><br>v.<br><br>**NRA Group, LLC**<br>2491 Paxton Street<br>Harrisburg, PA 17111,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1441 and 1331, Defendant, NRA Group, LLC ("NRA"), by its counsel, Stradley Ronon Stevens & Young, LLP, hereby removes the above-captioned civil action, and all claims and causes of actions therein, from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. In support thereof, NRA states as follows:

### I.     Background

1.     On October 25, 2018, Plaintiff, Rasheen Carbin, *pro se*, commenced the underlying action, captioned Rasheen Carbin v. NRA Group, LLC, Case No.: 2018 SC 2008667 (the "Superior Court Action") by filing a Statement of Claim in the Superior Court of the District of Columbia, Civil Division, Small Claims and Conciliation Branch (the "Superior Court Action").

2.     Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Statement of Claim and Information Sheet from the Superior Court Action attached hereto as Exhibits A and B,

respectfully.  No other process, pleadings, or orders have been served on NRA in the Superior Court Action.

3.      NRA received the Statement of Claim via certified mail on October 29, 2018.

4.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is therefore timely filed within thirty (30) days from service of the Statement of Claim on NRA.

5.      This Court is the United States District Court for the district within which the Superior Court Action is pending.  The action, therefore, is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

6.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be filed with the Clerk for the Superior Court of the District of Columbia and served on Plaintiff.  A true and correct copy of the Notice of Filing of Notice of Removal (without exhibits) is attached hereto as Exhibit C.

## II.      Federal Question Jurisdiction

7.      The Superior Court Action is removable to this Court pursuant to 28 U.S.C. §1441(a) because it raises a federal question.

8.      Pursuant to 28 U.S.C. § 1331, federal district courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

9.      For a suit to be one that arises under the laws of the United States so as to confer original or removal jurisdiction on the federal courts, it must appear on the face of the complaint that resolution of the case depends upon a federal question.  See Pan American Petroleum Corp. v. Superior Court, 366 U.S. 656 (1961).

10.     Federal law includes an act of Congress or a regulation issued under an act of Congress.  See Verizon Md. Inc. v. Public Serv. Comm'n of Md., 535 U.S. 635, 643 (2002).

# 3723034  v. 1

11.     Here, Plaintiff's Statement of Claim asserts a cause of action for alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692-1692(p).

12.     Specifically, Plaintiff alleges:

> NRA Group LLC has violated the Federal Debt Collection Practices Act (FDCPA) by (1) being deceptive in trying to collect an alleged debt and (2) being abusive in their conduct.

(See Statement of Claim.)

13.     Section 1692(k) of the FDCPA states, in relevant part, that "any action under this section may be brought in any United States district court...." 15 U.S.C. § 1692(k)

14.     Consequently, because the Superior Court Action asserts a cause of action for alleged violations of the FDCPA, a federal statute, removal to this Court is proper.

## III.   Conclusion

WHEREFORE, Defendant, NRA Group, LLC, hereby remove this action from the Superior Court of the District of Columbia, Civil Division to the United States District Court for the District of Columbia.

Respectfully submitted,

By:/s/ Walter Buzzetta
Walter J. Buzzetta (#499116)
Stradley Ronon Stevens & Young, LLP
1250 Connecticut Ave., N.W., Suite 500
Washington, D.C.  20036
(202) 507-6407
(202) 822-0140 (fax)
wbuzzetta@stradley.com
*Counsel for Defendant, NRA Group, LLC*

Dated:  November 16, 2018

# 3723034  v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, the foregoing Notice of Removal was served via certified mail, postage pre-paid, upon the following:

Rasheen Carbin
4713 Wisconsin Ave NW
Washington, DC 20016
*Pro Se Plaintiff*


/s/ Walter J. Buzzetta
Walter J. Buzzetta, Esq.

# 3723034  v. 1